# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### Second Amended Plan

DEBTOR: Carlos Alonso          JOINT DEBTOR: Olga Alonso          CASE NO.: 15-12479-RAM
Last Four Digits of SS# 9223          Last Four Digits of SS# 4412

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 630.97 for months 1 to 60; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650 + 775 (motion to value) = 4425 TOTAL PAID $ 2500
    Balance Due $ 1925 payable $ 192.50/month (Months 1 to 10)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None    Arrearage on Petition Date $
Address:    Arrears Payment $_____/month (Months _____ to _____)
    Regular Payment $_____/month (Months _____ to _____)
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Suntrust Mortgage 1001 Semmes Avenue Richmond, VA 23224 | 7864 NW 200 Terrace, Hialeah, FL 33015 $225,000 | 0% | $0.00 | n/a/ | Strip off Mortgage |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service    Total Due $ 1693.20
    Payable $ 169.32 /month (Months 1 to 10)

Unsecured Creditors: Pay $ 206.05/month (Months 1 to 10) and Pay $ 567.87 /month (Months 11 to 60).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtors are current with secured creditors Bank of America, National Star Mortgage, Seterus and Wholesale Truck and Finance, LLC and will continue to pay said creditors directly outside the chapter 13 plan. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. The debtor(s) will assume the lease held by Wholesale Truck and Finance, LLC for the 2010 International Prostar.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/Robert Sanchez, Esq.                /s/Robert Sanchez, Esq.
Attorney for Debtor                                Attorney for Joint Debtor
Date: 3/26/15                                      Date: 3/26/15

LF-31 (rev. 01/08/10)