**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Carlos Alonso and Olga Alonso        Case No. 15-12479-RAM
                                            Chapter 13
_____Debtors_____/

**OBJECTION TO CLAIMS**

**IMPORTANT NOTICE TO CREDITOR:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned [attorney][trustee] OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

If your entire claim is objected to and this is a chapter 11 case, you will **not** have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.

☐     301 North Miami Avenue, Room 150, Miami, FL 33128

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 11 | Bank of New York Mellon / Nationstar Mortgage, LLC | $119,874.24 | On or about May 14, 2015 Creditor filed a secured proof of claim in the amount of $119,874.24 and an arrearage in the amount of $12.00. Said creditor will be paid outside the plan pursuant to the confirmed plan. Debtors request the claim be allowed as filed with no distribution from the Chapter 13 Trustee. |
| 16 | Seterus, Inc. | $254,735.04 | On or about June 11, 2015 Creditor filed a secured proof of |

        claim in the amount of $254,735.04 and an arrearage in the amount of $258.70. Said creditor will be paid outside the plan pursuant to the confirmed plan. Debtors request the claim be allowed as filed with no distribution from the Chapter 13 Trustee.

*Notwithstanding the requirements of Bankruptcy Rule 3007, up to five objections to claim may be included in one pleading.  (See Local Rule 3007-1(C).)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was mailed on <u>March 30, 2016</u> to:

The Bank of New York Mellon
NATIONSTAR MORTGAGE, LLC
Attn: Bankruptcy Department
PO Box 619096
Dallas, TX 98121

NationStar Mortgage, LLC
c/o Anthony Barone, CEO
350 Highland Dr.
Lewisville, TX 75067

Seterus, Inc.
c/o Robertson, Anschutz & Schneid, P.L.
ATTN: Seth Greenhill, Esq.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

Seterus, Inc.
c/o Jeff Johnson, President
4460 44th Street SE, Suite D
Grand Rapids, MI 49512

WEINSTEIN & RILEY, PS
c/o Max A. Zaleski, Representative for Nationstar
2001 Western Ave #400,
Seattle, WA 98121

Seterus, Inc.,
ATTN: Seth Greenhill, Esq.
PO Box 54420
Los Angeles, CA 90017

Seterus, Inc.
c/o Jeff Johnson, President
14523 Southwest Millikan Way, Suite 200
Beaverton, OR 97005

## CERTIFICATE OF ADMISSION

**I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

        Respectfully Submitted:

        **Robert Sanchez, P.A.**
        Attorney for Debtor
        355 West 49th Street
        Hialeah, FL 33012
        Tel. 305-687-8008
        Fax. 305-512-9701

        By: /s/ Robert Sanchez_____
          [X]Robert Sanchez, Esq., FBN#0442161

The party filing this objection to claim must file a certificate of service in accordance with Local Rule 2002-1(F).