**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Carlos Alonso and Olga Alonso          Case No: 15-12479-RAM
                                              Chapter 13

_____ Debtor _____/

**NOTICE OF COMPLIANCE BY ATTORNEY FOR DEBTOR WITH LOCAL RULE 2083-1(B) CLAIMS REVIEW REQUIREMENT**

The undersigned attorney for debtor certifies that a review of the claims register and all claims filed in the above referenced case has been completed in accordance with Local Rule 2083-1(B) and that:

1) ☐    No further action is necessary.

2)    The following actions have been taken:

☒    The debtor has filed an objection to the proof of claim filed by  Objections to claim of The Bank of New York Mellon / NATIONSTAR MORTGAGE, LLC claim 11 and Seterus, Inc. claim 16  .

☐    The debtor has filed a _____ amended plan or modified plan to provide for the proof of claim filed by _____.

☐    Other: _____
_____
_____.

A copy of this certificate of compliance was served on the chapter 13 trustee via the NEF and the debtor via U.S. Mail on  March 30, 2016  .

                                    Submitted by:
                                    **ROBERT SANCHEZ, P.A.**
                                    Attorney for Debtor
                                    355 W 49th Street
                                    Hialeah, FL 33013
                                    Tel. (305) 687-8008

                                    By:/s/Robert Sanchez_____
                                     Robert Sanchez, Esq., FBN#0442161

LF-76 (rev. 12/01/09)